United States District Court

Eastern District of California

Clarence Burdan,

    Petitioner,   No. Civ. S 05-0047 FCD PAN P

  vs.   Order

D. L. Runnels, et al.,

    Respondents.

-oOo-

May 10, 2005, petitioner requested an extension of time to file and serve a reply. Good cause appearing, petitioner's request is granted and time is extended until 30 days from the date this order is signed.

So ordered.

Dated: May 17, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge