United States District Court

Eastern District of California

Clarence Burdan,

     Petitioner,            No. Civ. S 05-0047 FCD PAN P

   vs.                      Order

D.L. Runnels, et al.,

     Respondents.

-oOo-

    June 20, 2005, petitioner requested an extension of time to file and serve a reply.  Good cause appearing, petitioner's request is granted and time is extended until 30 days from the date this order is signed.

    So ordered.

    Dated:  June 23, 2005.

                       /s/ Peter A. Nowinski
                       PETER A. NOWINSKI
                       Magistrate Judge