IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CLARENCE BURDAN,** | NO. CIV S-05-0047 FCD PAN P |
| Petitioner, | ~~[PROPOSED]~~ **ORDER** |
| v. | |
| **D.L. RUNNELS, et al.,** | |
| Respondents. | |

GOOD CAUSE APPEARING, Respondent is granted leave to file a Supplemental Answer to the Petition for Writ of Habeas Corpus.  Petitioner may file a reply within 30 days from the date of service of this order.  The Clerk is directed to file the Supplemental Answer attached to Respondent's request for leave.

Dated:  July 28, 2005.

                                        /s/ Peter A. Nowinski
                                        PETER A. NOWINSKI
                                        Magistrate Judge