IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE BURDAN,

    Petitioner,               No. CIV S-05-0047 FCD PAN P

    vs.

D.L. RUNNELS, et al.,

    Respondents.          ORDER

                                 /

    Petitioner is a state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order of the court filed June 16, 2006, the parties were ordered to file and serve a joint status report. On July 24, 2006, petitioner filed a pro se request for an extension of time in which to comply with the court's order. Because petitioner is represented by counsel, petitioner's pro se request will be denied.

    IT IS HEREBY ORDERED that:

    1. Petitioner's July 24, 2006, pro se request for an extension of time is denied.

    2. The Clerk of the Court is directed to send to petitioner's counsel a copy of petitioner's request for an extension of time.

DATED: July 27, 2006.

UNITED STATES MAGISTRATE JUDGE

14/burd0047.o