DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
CLARENCE BURDAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE BURDAN, ) | NO. Civ. S 05-0047 FCD PAN P |
| Petitioner, ) | |
| v. ) | **ORDER EXTENDING TIME TO FILE JOINT STATUS REPORT** |
| D.L. RUNNELS, et al., ) | |
| Respondents. ) | |
| _____ ) | |

For the reasons set forth in the unopposed request, and good cause appearing therefor, it is hereby ORDERED that the request for extension of time is GRANTED. The joint status report shall be filed on or before October 2, 2006.

Dated: September 28, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

14
burd0047.ext2