IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE BURDAN,

    Petitioner,                    No. CIV. S-05-0047-FCD-EFB P

    vs.

D.L. RUNNELS, et al.,

    Respondents.               <u>ORDER</u>

_____/

    Petitioner, a state prisoner proceeding through counsel, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On November 25, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Respondents filed objections to the findings and recommendations.

    Subsequently, on February 20, 2009, respondents filed a notice of release on parole, noting that petitioner was released on parole on January 5, 2009, following his successful state habeas petition. The court allowed the parties to submit supplemental briefing on the effect, if

any, of the petitioner's release on the findings and recommendations issued on November 25, 2008. Respondents argued that the petition was moot in light of petitioner's release. On April 20, 2009, petitioner filed a statement of non-opposition, providing that he did object to the dismissal of the petition for writ of habeas corpus, filed January 10, 2005.

Accordingly, IT IS HEREBY ORDERED that petitioner's application for a writ of habeas corpus is dismissed. The Clerk of Court is directed to close this file.

DATED: April 23, 2009.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE